**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **$5736 US CURRENCY, ET.AL.,** ) <br> ) <br> ) <br> Defendant ) <br> _____) | 1:00-mc-00060 OWW <br><br><br><br> ORDER CLOSING CASE <br> NUNC PRO TUNC |

**It is ordered this case is closed nunc pro tunc as of 8/16/2000.**
IT IS SO ORDERED.

**Dated:   September 26, 2008**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1